583; *United Surety Co.* v. *American Fruit Co.*, 238 U. S. 140, 142; *Sugarman* v. *United States*, 249 U. S. 182, 184; *Berkman* v. *United States*, 250 U. S. 114, 118; *Piedmont Power & Light Co.* v. *Graham*, 253 U. S. 193. *Mr. Don A. Bliss*, with whom *Mr. T. T. Vanderhœven* and *Mr. Benjamin A. Greathouse* were on the brief, for plaintiff in error. *Mr. J. C. George*, for defendants in error, submitted.

No. 154. Ben B. Lindsey *v.* People of the State of Colorado at the relation of John A. Rush, District Attorney, etc. Error to the Supreme Court of the State of Colorado. Argued January 18, 1921. Decided January 31, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of the Act of September 6, 1916, c. 448, 39 Stat. 726. *Mr. Edward P. Costigan*, with whom *Mr. Horace N. Hawkins* was on the brief, for plaintiff in error. *Mr. Victor E. Keyes*, for defendant in error, submitted. *Mr. William R. Ramsey* was also on the brief.

No. 144. Kenneth D. Steere *v.* W. W. Beatty et al. Appeal from the District Court of the United States for the Western District of North Carolina. Argued January 17, 1921. Decided February 28, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *Ex parte Leaf Tobacco Board of Trade*, 222 U. S. 578, 581. (2) *Farrell* v. *O'Brien*, 199 U. S. 89, 100; *Goodrich* v. *Ferris*, 214 U. S. 71, 79; *Brolan* v. *United States*, 236 U. S. 216, 218; *Sugarman* v. *United States*, 249 U. S. 182, 184. *Mr. George Warner Swain*, with whom *Mr. John E. McLeish* was on the brief, for appellant. *Mr. W. B. Councill*, with whom *Mr. Hiram R. Wood* was on the brief, for appellees.